# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORDER OF THE CHIEF JUDGE
RE: REASSIGNMENT OF CASES
PENDING BEFORE
THE HONORABLE FERN M SMITH

No   C 03-5777 FMS
C 04-0297 FMS
C 04-0672 FMS
C 04-1291 FMS
C 04-1907 FMS
C 04-2269 FMS
C 04-2780 FMS
C 04-3474 FMS
C 04-3699 FMS
C 04-3715 FMS
C 04-3781 FMS
C 04-3927 FMS
C 04-4041 FMS
C 04-4448 FMS
C 04-4854 FMS
C 04-4941 FMS
C 04-5187 FMS
C 04-5307 FMS
C 04-5413 FMS
C 04-5511 FMS
C 05-0157 FMS
C 05-0223 FMS
C 05-0293 FMS
C 05-0533 FMS
C 05-0623 FMS

Because the Honorable Fern M Smith, to whom the above cases were assigned, will retire effective June 30, 2005, these cases are re-assigned as follows:

On or before July 29, 2005, the parties may select one or more of the following magistrate judges to conduct any and all proceedings, including trial and entry of judgment pursuant to 28 USC § 636(c)(1):

1  Honorable James Larson, Chief Magistrate Judge
2  Honorable Edward M Chen, Magistrate Judge
3  Honorable Maria-Elena James, Magistrate Judge
4  Honorable Elizabeth D Laporte, Magistrate Judge
5  Honorable Joseph C Spero, Magistrate Judge
6  Honorable Bernard Zimmerman, Magistrate Judge

Upon filing with the court a selection and consent form signed by all parties (or one for each party), the case will be re-assigned to one of the magistrate judges chosen by the parties. A magistrate judge selection and consent form is attached for the parties' convenience.

In the event the parties fail timely to consent to a magistrate judge, the clerk is directed to re-assign the case to a Unites States district judge selected at random from the active and senior judges of the court.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Plaintiff,**<br>v<br><br>**Defendant.**<br>_____ / | **No C _____ FMS**<br><br>**SELECTION OF AND CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |

In accordance with the provisions of 28 USC § 636(c), all parties to this action hereby consent to have Magistrate Judge(s) _____, or _____, or _____ conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

_____
**Signature**

**Counsel for _____**
*(name of party, indicate plaintiff or defendant)*

Dated: _____    _____
                                  **Signature**

                                  **Counsel for** _____
                                  *(name of party, indicate plaintiff or defendant)*

Dated: _____    _____
                                  **Signature**

                                  **Counsel for** _____
                                  *(name of party, indicate plaintiff or defendant)*

Dated: _____    _____
                                  **Signature**

                                  **Counsel for** _____
                                  *(name of party, indicate plaintiff or defendant)*

**United States District Court**
For the Northern District of California