Case 3:04-cv-03715-JSW Document 43 Filed 12/19/2005 Page 1 of 2

Daniel S. Mount (State Bar No. 077517) (dmount@mount.com)
Alfredo A. Bismonte (State Bar No. 136154) (abismonte@mount.com)
Bobby T. Shih (State Bar No. 210957) (bshih@mount.com)
MOUNT & STOEKLER P.C.
333 West San Carlos Street, 17th Floor
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473

Michael J. Hughes (State Bar No. 076836) (michaelh@iplo.com)
INTELLECTUAL PROPERTY LAW OFFICES
1901 South Bascom Avenue, Suite 660
Campbell, CA 95008
Tel: (408) 558-9950
Fax: (408) 558-9960

Attorneys for Plaintiff
PHOTOFLEX PRODUCTS, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP
WARREN KRAUSS Bar No. 49568
JAMES YUANXIN LI Bar No. 135128
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
CIRCA 3, LLC dba amvona.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO JOSE DIVISION

| | |
|---|---|
| PHOTOFLEX PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CIRCA 3 LLC dba AMVONA.COM, <br><br> Defendant. | CASE NO. C04 03715 JSW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SETTING MARKMAN HEARING DATES** |

1  WHEREAS, the attorneys for Plaintiff PHOTOFLEX PRODUCTS, INC. and for Defendant CIRCA 3 LLC dba AMVONA.COM have met and conferred regarding the Markman hearing dates.

WHEREAS, counsel for Defendant is a vacation currently scheduled from approximately July 5, 2006 to July 18, 2006.

The parties hereby stipulate to the following dates:

1. The Tutorial and Discussion of Any Pre-Hearing Issues shall take place on **Tuesday, August 8, 2006, at** ~~1:00 p.m.~~ 2:00 p.m.

2. The Markman Hearing shall take place on **Tuesday, August 22, 2006, at** ~~1:00 p.m.~~ 2:00 p.m.

SO STIPULATED.

Dated: December 16, 2005     MOUNT & STOELKER P.C.

By _____
Bobby T. Shih for Plaintiff
PHOTOFLEX PRODUCTS, INC.

Dated: December 16, 2005     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
James Yuanxin Li for Defendant
CIRCA 3 LLC dba AMVONA.COM

**IT IS SO ORDERED.**

Dated: December 19, 2005     By _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE