1  Daniel S. Mount (State Bar No. 077517) (dmount@mount.com)
   Alfredo A. Bismonte (State Bar No. 136154) (abismonte@mount.com)
2  Bobby T. Shih (State Bar No. 210957) (bshih@mount.com)
   MOUNT & STOEKLER P.C.
3  333 West San Carlos Street, 17th Floor
   San Jose, CA 95110
4  Tel: (408) 279-7000
   Fax: (408) 998-1473
5
   Michael J. Hughes (State Bar No. 076836) (michaelh@iplo.com)
6  INTELLECTUAL PROPERTY LAW OFFICES
   1901 South Bascom Avenue, Suite 660
7  Campbell, CA 95008
   Tel: (408) 558-9950
8  Fax: (408) 558-9960

9  Attorneys for Plaintiff
   PHOTOFLEX PRODUCTS, INC.
10

11 SEDGWICK, DETERT, MORAN & ARNOLD LLP
   WARREN KRAUSS  Bar No. 49568
12 JAMES YUANXIN LI  Bar No. 135128
   One Market Plaza
13 Steuart Tower, 8th Floor
   San Francisco, California 94105
14 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
15
   Attorneys for Defendant
16 CIRCA 3, LLC dba amvona.com

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20

21

22 PHOTOFLEX PRODUCTS, INC.,               CASE NO. C04 03715 JSW

            Plaintiff,
23
            v.                              **STIPULATION AND [PROPOSED]**
24                                          **ORDER EXTENDING DEADLINE FOR**
   CIRCA 3 LLC dba AMVONA.COM,              **FILING MOTION TO STAY**
25
            Defendant.
26

27

28

SF/1313161v1
                                    -1-              CASE NO. C04 03715 JSW
        STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING MOTION TO STAY

1    WHEREAS, the Case Management Conference ("CMC") in this matter took place on

2 Friday, December 9, 2005.

3    WHEREAS, at the CMC, the Court set a date of January 31, 2006, as the deadline for

4 filing any Motions to Stay.

5    WHEREAS, Defendant CIRCA 3 LLC dba Amvona.com ("Amvona.com") anticipates

6 that it will file a Motion to Stay in conjunction with its Petition for Re-Examination of the

7 Plaintiff's patent at issue. The Petition for Re-Examination will be based, in part, on Plaintiff's

8 (1) Disclosure of Asserted Claims and Preliminary Infringement Contentions and (2) Document

9 Production Accompanying Disclosure. *See*, Patent Local Rules 3-1 and 3-2, respectively.

10    WHEREAS, Plaintiff served its Disclosure of Asserted Claims and Preliminary

11 Infringement Contentions on Tuesday, January 16, 2006.

12    WHEREAS, Plaintiff has not yet produced its Document Production Accompanying

13 Disclosure, if any, but anticipates doing so, or confirming no additional documents exist, during

14 the week of January 23, 2006.

15    The parties hereby stipulate to and request the following:

16    1.    The deadline for filing any Motion to Stay shall be extended to **Tuesday,**

17 **February 21, 2006,** or to a date three weeks after Plaintiff's actual production of its Document

18 Production Accompanying Disclosure, whichever date is later.

19 SO STIPULATED.

20 Dated: January 24, 2006            MOUNT & STOELKER P.C.

21

22                              By _____

23                              Bobby T. Shih for Plaintiff
                                PHOTOFLEX PRODUCTS, INC.

24

25

26

27

28

Dated:  January 25, 2006                   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
James Yuanxin Li for Defendant
CIRCA 3 LLC dba AMVONA.COM

**IT IS SO ORDERED.**

Dated:  January 25 , 2006

By _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CASE NO. C04 03715 JSW
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING MOTION TO STAY