**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHOTOFLEX PRODUCTS, INC.,

    Plaintiff,

v.

CIRCA 3 LLC dba AMVONA.COM,

    Defendant.

No. C 04-03715 JSW

**ORDER REFERRING DISCOVERY TO RANDOMLY ASSIGNED MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a randomly assigned Magistrate Judge for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: March 10, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom