IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHOTOFLEX PRODUCTS, INC.,

    Plaintiff,

v.

CIRCA 3 LLC dba AMVONA.COM,

    Defendant.

_____/

No. C 04-03715 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference to be completed by June 12, 2006.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: March 10, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom