Daniel S. Mount (State Bar No. 077517)(dmount@mount.com)
Alfredo A. Bismonte (State Bar No. 136154)(abismonte@mount.com)
Bobby T. Shih (State Bar No. 210957)(bshih@mount.com)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, 17th Floor
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473

Michael J. Hughes (State Bar No. 076836)(michaelh@iplo.com)
INTELLECTUAL PROPERTY LAW OFFICES
1901 South Bascom Avenue, Suite 660
Campbell, CA 95008
Tel: (408) 558-9950
Fax: (408) 558-9960
Attorneys for Plaintiff
PHOTOFLEX PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOTOFLEX PRODUCTS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CIRCA 3 LLC d/b/a AMVONA.COM<br>Defendant. | Civil Case No.: 3:04 CV 03715 JSW<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY and** ~~PROPOSED~~ **ORDER**<br><br>Date: April 7, 2006<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 2, 17th Floor<br><br>Judge: Jeffrey S. White |

Plaintiff Photoflex Products, Inc. hereby requests to appear telephonically at the Case Management Conference currently set for 9:00 a.m. on April 7, 2006. At that time, I can be reached at my office number of (408) 279-7000.

MOUNT & STOELKER, P.C.

Dated: March 31, 2006      By:_____/s/_____
                                                Attorneys for Plaintiff
                                                Bobby T. Shih, Esq.

---

1
MISCELLANEOUS ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AND ~~PROPOSED~~ ORDER

ORDER

IT IS HEREBY ORDERED that Plaintiff's Request to Appear Telephonically is granted.

Dated: March 31, 2006

_____
Honorable Jeffrey S. White