UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Photoflex Products, Inc., | No. C 04-3715 JSW (WDB) |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE |
| CIRCA 3 LLC dba AMVONA.com, | |
| Defendant. | |
| _____/ | |

The Court has considered the parties' correspondence in connection with defendant's request for an order allowing its insurance representative to appear by telephone at the settlement conference on May 25, 2006.

The Court GRANTS defendant's request. The Hartford's assigned representative may appear telephonically on May 25th. The insurance representative must be available by telephone at all times during the settlement conference.

IT IS SO ORDERED.

Dated:   May 22, 2006                         /s/  Wayne D. Brazil
                                              WAYNE D. BRAZIL
                                              United States Magistrate Judge

Copies to:
Parties, JSW, wdb stats

1