United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOTOFLEX.COM, | No. C 04-3715 JSW (JL) |
|     Plaintiff, | |
|     v. | **ORDER** |
| AMVONA.COM, | |
|     Defendant. | |
| _____/ | |

All discovery in this case has been referred by the district court (Hon. Jeffrey S. White) as provided by 28 U.S.C. §636(b) and Civil Local Rule 72. Before the Court is Defendant's Motion to Compel Further Responses to Interrogatories and to Compel the Production of Documents. (Dkt # 63)

In the interest of judicial economy, and to facilitate the resolution of this discovery dispute, the Court hereby orders all counsel involved with any of these motions to meet and confer as provided in this Court's Standing Order and provide to the Court a statement on the status of their disputes no less than two weeks from the issuance of this order. The statement shall include who attended the meet and confer session or sessions, what discovery issues they discussed and what proposed solutions they offered and to which of these the parties were able to agree. The statement shall also include an assessment of

1  what effect, if any, Judge White's order staying Count Two of the Complaint for Patent
2  Infringement has on the present motion to compel.  Finally the parties and non-parties shall
3  advise the Court which, if any, of these disputes remain for resolution by this Court.
4      In resolving these disputes, the parties shall adhere to the Federal Rules of Civil
5  Procedure generally, and observe specifically Rules 26(a)(1)(C) (requiring disclosure of
6  damage calculation), 26(a)(2) (as it relates to disclosure of expert reports), and 26(e)(2)
7  (regarding required supplementation).  Upon receiving the parties' report, the Court will
8  take the motion under submission.
9      IT IS SO ORDERED.

DATED: July 20, 2006

_____
JAMES LARSON
Chief Magistrate Judge